### *DELHI (VIL.) v. ADAM STORY ET AL.

ORDINANCE DISCRIMINATING BETWEEN VEHICLES OF SAME CLASS IS INVALID AND
EXCESS CHARGED MAY BE RECOVERED.

An ordinance providing that a license fee of $25 shall be paid by each
wagon hauling sand, fire-clay, safes, engines, boilers or logs, while other
wagons of the same class pay only $10, is unreasonable and the excess
collected may be recovered.

*F. M. Coppock* and *J. L. Logan,* for plaintiff.
*John R. Holmes* and *John V. Campbell,* for defendants.

**SMITH, J.**

The only question raised in the above case is whether or not the
ordinance, adopted on February 20, 1907, by the village of Delhi,
whereby said village exacted a license fee of $25 for each wagon hauling
sand, fire-clay, safes, engines, boilers or logs, and for other wagons
of a similar character, a fee of $10, is reasonable.

The object of a license fee is to reimburse a municipality for the
cost of issuing the same and the expense of police supervision, and
the right to license and regulate confers no taxing power. *Cincinnati
v. Bryson,* 15 Ohio 625 [45 Am. Dec. 593].

Any discrimination in an ordinance like the one in question against
other people of the same class is illegal. It would seem in the case
at bar that such discrimination exists, and as was brought out in argu-
ment at the hearing of the case the excess over and above the $10
charged was a tax upon the sand business in the village of Delhi.

We can not but hold, therefore, that where the council exacts a
license fee of $10 for two-horse wagons without springs hauling lum-
ber, ice, coal, and other heavy articles, and a fee of $25 for the owners
of wagons exactly the same, but used in hauling sand, such a differ-
ence in the amount of the fee shows a discrimination that is unequal
and unfair.

The defendants in error having paid the entire amount exacted,
and the court below having overruled the demurrer to the amended
and supplemental petition, and having entered judgment in favor of
the defendants in error for the excess over and above the license fee
of $10, as provided in said ordinance, the same is hereby affirmed.

*Reversed, no op., Delhi v. Storey, 56 Bull. 36; 83 O. S. 000.